IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JACOBIA TWIGGS**                                                                       **PLAINTIFF**

v.                    No. 4:09-cv-888-DPM

JOHN SELIG, individually and in his
official capacity as Director of the
Department of Human Services; and
RON ANGEL, individually and in
his official capacity as DYS Director                            **DEFENDANTS**

## JUDGMENT

Pursuant to the mandate from the Court of Appeals, *Document No. 77*, the Court enters judgment for Selig and Angel and dismisses Twiggs's complaint with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 July 2012